UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WAFORD K. BRYANT #448777,      )
                                   )
      Plaintiff,            )
                                   )      No. 3-14-1463
v.                             )      Senior Judge Haynes
                                   )
GREGORY FORREST, et al.,      )
                                 )
      Defendants.        )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 61) on the motion to dismiss filed by Defendants Sgt. Gregory Forrest, Sgt. Michael Keys, and Corrections Officer Adam Hernandez (Docket Entry No. 44). The Report and Recommendation recommends that Defendants Forrest's and Hernandez's motion to dismiss be denied, but that Defendant Keys's motion to dismiss be granted. No party has filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED.** Defendants' motion to dismiss (Docket Entry No. 44) is **DENIED** as to Defendants Forrest and Hernandez, but is **GRANTED** as to Defendant Keys. The claims against Defendant Keys are **DISMISSED with prejudice.**

It is so **ORDERED.**

ENTERED this the _____ day of September, 2015.

WILLIAM C. HAYNES, JR.
Senior United States District Judge